UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | | |
|---|---|---|
| GIOVANNA NICOLE MACIAS, | ) | Case No. 1:19-cv-01737-SAB |
| | ) | |
| Plaintiff, | ) | ORDER REMANDING ACTION |
| vs. | ) | PURSUANT TO SENTENCE FOUR |
| | ) | OF 42 U.S.C. § 405(g) AND ENTRY |
| COMMISSIONER OF SOCIAL | ) | OF JUDGMENT |
| SECURITY, | ) | |
| | ) | (ECF No. 13) |
| Defendant. | ) | |
| | ) | |
| | ) | |

On June 10, 2020, the parties filed a stipulation to voluntarily remand this matter for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) and for entry of judgment in favor of Plaintiff Giovanna Nicole Macias.

Pursuant to the stipulation of the parties, IT IS HEREBY ORDERED that the above-captioned action is remanded to the Commissioner of Social Security for further administrative proceedings consistent with the terms of the stipulation to remand.  Judgment is entered in favor of Plaintiff Giovanna Nicole Macias and against the Commissioner of Social Security.  The Clerk of the Court is directed to CLOSE this action.

IT IS SO ORDERED.

Dated: __June 10, 2020__

_____
UNITED STATES MAGISTRATE JUDGE