# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GIOVANNA NICOLE MACIAS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:19-cv-01737-SAB<br><br>ORDER RE STIPULATION FOR AWARD OF ATTORNEY FEES<br><br>(ECF No. 16) |

　　　Giovanna Nicole Macias ("Plaintiff") filed the complaint in this action on December 13, 2019. (ECF No. 1.) On June 11, 2020, pursuant to the parties' stipulation, the Court entered judgment in favor of Plaintiff and remanded the action for further proceedings. (ECF Nos. 13, 14, 15.) On September 4, 2020, the parties filed a stipulation for the award of attorney fees in the amount of $4,000.00 pursuant to the Equal Access to Justice Act ("EAJA"), without prejudice to the rights of counsel to seek attorney fees under 42 U.S.C. § 406, subject to the offset provisions of the EAJA. (ECF No. 16.)

///

///

///

///

///

Accordingly, IT IS HEREBY ORDERED that, pursuant to the stipulation of the parties, Plaintiff is awarded attorney fees pursuant to the EAJA in the amount of $4,000.00.

IT IS SO ORDERED.

Dated:   **September 4, 2020**

UNITED STATES MAGISTRATE JUDGE